3734.   GEORGIA SOUTHERN & FLORIDA RAILWAY CO. *v.* KELL.

HILL, C. J. The statutory presumption of negligence, arising on proof of killing by the running of the locomotive and cars of the railroad company (Civil Code (1910), § 2780), was not fully rebutted. No error of law is complained of, and the judgment refusing to grant a new trial must be *Affirmed.*

DECIDED MARCH 6, 1912.

Action for damages; from city court of Tifton—Judge R. Eve. September 9, 1911.

*John I. Hall, J. E. Hall, M. P. Hall, Fulwood & Murray,* for plaintiff in error.

*Ridgdill & Griner, J. H. Pate,* contra.